## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jennifer L. Phillips, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 0:22-3596-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on a Report and Recommendation ("R &R") of the Magistrate Judge recommending that Plaintiff's motion for leave to proceed *in forma pauperis* be denied. (Dkt. No. 7). The R & R details the Plaintiff's financial status and concludes that the payment of the $402.00 filing fee related to Plaintiff's appeal of the denial of Social Security disability benefits would not render Plaintiff indigent, impose an undue hardship, or effectively block Plaintiff's access to the Courts. Plaintiff has filed no objection to the R & R and has now paid the filing fee. (Dkt. No. 8).

The Court finds that the Magistrate Judge has ably addressed the factual and legal issues related to Plaintiff's motion and correctly concluded that the application for *in forma pauperis* status should be denied. The Court adopts the R & R of the Magistrate Judge (Dkt. No. 7) as the order of the Court.

**AND IT IS SO ORDERED**.

1

                                                s/ Richard Mark Gergel
                                                Richard Mark Gergel
                                                United States District Judge

December 12, 2022
Charleston, South Carolina